07-14-00124-CR

FILED
APR 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

To Whom it may concern:

I am very pleased to recive A letter from the court of Appeals this Day of March 28, 2015.

I FABIAN ARGUIJO Would like to understand as to why the judgement of the trial court is affirmed? I urge the Texas court of appeals to look further into the case, to investigate as to "why the District Attorneys office recived All 13 jurors they have listed and I FABIAN ARGUIJO were denied everyone on my list."

Also you command me to observe the order of Court of Appeals for the Seventh District of Texas, But I can-not for I am currently being housed in Deaf Smith County Jail since Oct 17, 2013 and not allowed Nor do I have access to review or observe the case in the Law Library. Also an officer Testified that he was there to execute A warrent I asked to See the warrent But one was not given until I was Sentenced in March, But was given A copy Aug 2014, Upon observance of the warrent; The Reason Why one was issued is marked out, why is that so?

It is obvious that Mr. Bryan Denham no longer Would like to be my Appeal Lawyer Nor do I want to Force him to Represent me. I do not know who to ask for A Change of Represantation and if it is you; I do not only ask but Begg you please if possiable for you to appoint another Appeal lawyer to represent me on my behalf

I would like to thank you for you time.

Sincerly,

*[signature]*

CAPIAS INSTANTER \ PRECEPT TO SERVE

F I L E D
APR 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

OCT 04 2013 16:23

CAPIAS INSTANTER

STATE OF TEXAS

VS

FABIAN ARGUIJO

BOND AMOUNT $1000.00

COUNTY COURT

DEAF SMITH COUNTY, TEXAS

CAUSE NO. 2012-00085

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

YOU are hereby commanded to arrest and safely keep FABIAN ARGUIJO, so that you have FABIAN ARGUIJO before the Honorable County Court of Deaf Smith County, Texas, at the Courthouse of said County, in the City of Hereford, Texas, **INSTANTER**, then and there to answer The State of Texas upon a charge pending in said Court, charging with the offense of: ████████████████

HEREIN FAIL NOT, but due return make hereof as the law directs.

WITNESS MY HAND AND SEAL OF OFFICE ON THIS THE 4ᵀᴴ day of OCTOBER, 2013.

Imelda DeLaCerda, DEAF SMITH COUNTY CLERK
235 EAST 3RD - ROOM 203    HEREFORD, TEXAS 79045

_Darlene Bravo_
Deputy

\* \* \* \* \* \* \*
## PRECEPT TO SERVE
\* \* \* \* \* \* \*

CAUSE #2012-00085

THE STATE OF TEXAS
    VS
FABIAN ARGUIJO

TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS, GREETINGS:

YOU ARE HEREBY COMMANDED THAT YOU SERVE FABIAN ARGUIJO - THE DEFENDANT in the above numbered and entitled cause with the accompanying certified copy of **MOTION OF REVOCATION**. The present place of residence of the said defendant is: 1207 E GRAND AVE HEREFORD TX 79045.

HEREIN FAIL NOT, but of this Writ make due return showing how you have executed the same.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, this the 4ᵀᴴ day of OCTOBER, 2013.

Imelda DeLaCerda, Clerk of County Court
Deaf Smith County, Texas

_Darlene Bravo_
DEPUTY

FABIAN ARGUEJO
235 E. 3rd Room 102
Hereford T.x 79015

AMARILLO TX 791
06 APR 2015 PM 2 T

Deaf Smith County Jail
Inmate Correspondence



Seventh District of Texas

501 S. Filmore, Suite 2-A

Amarillo, Texas 79101